Commonwealth ex rel. Winchell, Appellant, *v.* Cavell.

Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

604

Richard C. Winchell, appellant, in propria persona.

W. Thomas Malcolm, District Attorney, for appellee.

ORDER PER CURIAM, August 12, 1965:

Order of the Superior Court affirmed with direction, however, that judgment of sentence be vacated and record remanded. The record is remanded to the Court of Oyer and Terminer of Indiana County solely for the purpose of resentencing Richard C. Winchell and, at the time of such resentence, counsel for the said Richard C. Winchell should be present.